# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA BROWN, IRENE CORNETT, BRENDA MURABITO, PAMELA PARKER and TARA SHERMAN, | ) ) ) ) |
| Plaintiffs, | ) CASE NO. 8:05-CV-457 |
| vs. | ) ORDER |
| CITY OF OMAHA and CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM BOARD OF TRUSTEES, | ) ) ) ) |
| Defendants. | ) |

THIS MATTER is before the court on plaintiffs MOTION FOR AN ENLARGEMENT OF TIME (Filing No. 25) in which to respond to Defendants' Motion to Sever. For good cause shown,

**IT IS ORDERED** that the motion is granted, and plaintiff is given until and including **November 21, 2005** to respond to the pending Motion to Sever.

**DATED November 2, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**