IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA BROWN, et al, ) | Case Number:   8:05CV457 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| CITY OF OMAHA, et al, ) | |
| ) | |
| Defendants. ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 15th day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court