IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA BROWN, IRENE CORNETT, BRENDA MURABITO, PAMELA PARKER, and TARA SHERMAN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF OMAHA and CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM BOARD OF TRUSTEES,<br><br>        Defendants. | 8:05CV457<br><br>ORDER |

       This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 30).

       IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, January 6, 2006, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

       DATED this 30th day of November, 2005.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court