IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA BROWN, IRENE CORNETT, BRENDA MURABITO, PAMELA PARKER and TARA SHERMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV457 |
| v. | ) ) | |
| CITY OF OMAHA and CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM BOARD OF TRUSTEES | ) ) ) ) | **PROTECTIVE ORDER** |
| Defendants. | ) ) ) | |

       This matter is before the Court on the joint stipulated motion for protective order (Filing No. 76).  Pursuant thereto,

       IT IS ORDERED:

1.     That all of the plaintiffs' federal and state tax returns and W-2s be held in strictest confidence not to be released to any third party without express permission from this Court or as hereinafter provided.

2.     That the plaintiffs' federal and state tax returns and W-2s shall not be marked or offered into evidence in this matter without further order.

3.     As used herein "Qualified Persons" means the plaintiffs, the defendants, the attorneys representing the parties to the action and any other person deemed necessary by any party to the effective prosecution or defense of this lawsuit.

4.     All documents and information produced in response to requests by a requesting party may only be used by the requesting party for purposes of this litigation. Documents and any information obtained pursuant to this Protective Order shall be dealt with in the following manner:

      (a)    Except as provided below, inspection and receipt of all documents and information shall be limited to Qualified Persons. All such documents and information shall be held in confidence by those inspecting or receiving them, shall be used only for purposes of this action, shall not be used for any business or other purpose, and shall not be disclosed to anyone except to other Qualified Persons;

      (b)    No copies of documents and information shall be made except by or on behalf of the attorneys of record in this case. Any attorneys making copies of such material shall maintain all copies within their possession unless provided to those entitled to access to such documents and information under this Protective Order, in which case such individual is required to maintain any such documents pursuant to the terms of this Protective Order.

5.    The termination of the proceedings in this litigation shall not relieve any persons to whom documents and information have been disclosed from the obligations of this Protective Order, and the Court shall retain jurisdiction after final disposition of this litigation for the purposes of any application to modify or enforce the provisions of this Order.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court