IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
LINDA BROWN, IRENE CORNETT,    )
BRENDA MURABITO, PAMELA        )
PARKER and TARA SHERMAN,       )
                               )
            Plaintiffs,        )          8:05CV457
                               )
        v.                     )
                               )
CITY OF OMAHA and CITY OF      )          ORDER
OMAHA POLICE AND FIRE          )
RETIREMENT SYSTEM BOARD OF     )
TRUSTEES,                      )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on stipulations of the parties (Filing Nos. 91 and 100).  Pursuant thereto, the Court will adopt said stipulations.  Accordingly,

IT IS ORDERED that the stipulations of the parties are adopted.

DATED this 29th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court