IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE CITY OF OMAHA, et al.,   )
                             )
            Plaintiff,       )       8:05CV457
                             )
       v.                    )
                             )
LINDA BROWN,                 )       ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the suggestion in bankruptcy (Filing No. 194) filed by defendant Linda Brown in this action. Pursuant to NELR 76.1(a),

IT IS ORDERED:

1) This case is referred to the United States Bankruptcy Court for the District of Nebraska;

3) The Clerk of this Court shall notify the Clerk of the Bankruptcy Court for the District of Nebraska of this referral.

DATED this 16th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court