IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. BK08-82605-TJM |
| LINDA JEAN BROWN, ) | |
| ) | A08-8079-TJM |
| Debtor. ) | |
| _____ ) | |
| LINDA BROWN; IRENE CORNETT; ) | |
| BRENDA MURABITO; PAMELA ) | |
| PARKER; and TARA SHERMAN, ) | |
| ) | |
| Plaintiffs, ) | 8:05CV457 |
| ) | |
| v. ) | |
| ) | |
| CITY OF OMAHA POLICE & FIRE ) | ORDER |
| RETIREMENT SYSTEM BOARD OF ) | |
| TRUSTEES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon review of this action, the Court finds there are no pending matters. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 2nd day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court